# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| United States of America, <br><br> Plaintiff(s), <br><br> v. <br><br> Yen Cham Yung, <br><br> Defendant(s). | Case No. 20-cr-231 <br> Judge Robert M. Dow |

## ORDER

Arrest warrant issued to the United States Marshal and Any Authorized Officer as to Defendant, Yen Cham Yung. The Government's motion to seal complaint, affidavit, and arrest warrant is granted. Enter Order Attached.

Date: 5/12/2020 /s/ Judge Dow