IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America<br><br>Plaintiff(s),<br><br>v.<br><br>Yen Chan Yung<br><br>Defendant(s). | Case No. 20 CR 231<br><br>Judge: Mary M. Rowland |

## **ORDER**

The Court has been informed that the Defendant has been arrested in another district and the government is seeking leave to unseal the affidavit, complaint and arrest warrant. The Government's oral motion is granted. The Clerk of Court is directed to unseal the affidavit, complaint, and arrest warrant. Case ordered unsealed.

Dated: June 18, 2020

_____
MARY M. ROWLAND
United States District Judge