# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                     Case No.: 1:20−cr−00231

                                                               Honorable Susan E. Cox

Yen Cham Yung

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 29, 2020:

      MINUTE entry before the Honorable Susan E. Cox as to Yen Cham Yung: Initial Appearance set for 6/30/2020 at 02:00 PM. before the Duty Judge is stricken. Telephone initial appearance is set for 6/30/2020 at 2:00 p.m. before Judge Cox. Conference call in number is (888)684−8852. Passcode is 1664086. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.