IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| USA<br>Plaintiff(s),<br><br>v.<br><br>Yen Cham Yung<br>Defendant(s). | Case No. 20 CR 231<br><br>Chief Judge Rebecca R. Pallmeyer |
|---|---|

**ORDER**

Government's unopposed motion for an extension of time to return indictment pursuant to 18 U.S.C. 3161(h)(7)(A), to and including September 17, 2020 [17] is granted. Enter Order.

Date: 7/13/2020

_____
Rebecca R. Pallmeyer
United States Chief District Judge