# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                   Case No.: 1:20−cr−00231
                                                             Honorable John Z. Lee

Yen Cham Yung

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 9, 2021:

      MINUTE entry before the Honorable John Z. Lee:As to Yen Cham Yung. Motion hearing held on 12/9/21. Unopposed motion to amend conditions of release to allow travel to Seattle, Washington from December 30, 2021 through January 5, 2022 [60] is granted. Defendant should provide the Pretrial Officer with his travel itinerary. Status hearing set for 1/18/22 at 9:00 a.m. Pretrial motions are due by 1/14/22. At the next status a trial date will be set. The call−in number is 888−273−3658 and the access code is 1637578. Counsel of record will receive a separate email at least 12 hours prior to the start of the telephonic hearing with instructions on how to join the call. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court−imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. All participants should review the Court's standing order regarding telephone conferences that is on Judge Lee's website, which can be found at: https://www.ilnd.uscourts.gov/judge−info.aspx?4Qf5 zc8loCI5U7rfMP9DHw==.. Time is excluded without objection in the interests of justice through 1/18/22 pursuant to 18 U.S.C. 3 161 (h)(7)(A)−(B) to allow time for review of discovery. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.