

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20 CR 231 |
| | ) | |
| v. | ) | Violations: Title 18, United |
| | ) | States Code, Sections 793(e) |
| YEN CHAM YUNG | ) | and 641 |
| | ) | |
| | ) | **Superseding Indictment** |

1:20-cr-00231-1
Judge Martha M. Pacold
Magistrate Judge Keri L. Holleb Hotaling
DIRECT / Cat. 3

### COUNT ONE

The SPECIAL APRIL 2024 GRAND JURY charges:

1. At times material to this indictment:

**The Defendant**

a. YEN CHAM YUNG was a naturalized U.S. citizen. YUNG entered duty with the Federal Bureau of Investigation ("FBI") as a Special Agent in 1996. While employed with the FBI, YUNG was, at various times, assigned to FBI offices located in Chicago, Honolulu, Washington, D.C. and Jakarta, Indonesia. In addition, at times, YEN CHAM YUNG was assigned as the FBI's liaison to the Department of Defense's United States Northern Command located in Colorado Springs, Colorado. YUNG retired from the FBI on or about July 31, 2016.

**Classified Information**

b. Pursuant to Executive Order 12958 signed on April 17, 1995, as amended by Executive Order 13292 on March 25, 2003, and Executive Order 13526 on December 29, 2009, national security information is classified as "TOP SECRET," "SECRET," or "CONFIDENTIAL." National security information is information

owned by, produced by, produced for, and under the control of the United States government that is classified as follows:

      i.      Information is classified as TOP SECRET if the unauthorized disclosure of that information reasonably could be expected to cause exceptionally grave damage to the national security that the original classification authority was able to identify and describe.

      ii.      Information is classified as SECRET if the unauthorized disclosure of that information reasonably could be expected to cause serious damage to the national security that the original classification authority was able to identify and describe.

      iii.      Information is classified as CONFIDENTIAL if the unauthorized disclosure of that information reasonably could be expected to cause damage to the national security that the original classification authority was able to identify and describe.

      c.      Information classified at any level can only be lawfully accessed by persons determined by an appropriate United States government official to be eligible for access to classified information, who has signed an approved non-disclosure agreement, who received a security clearance, and who has a "need to know" the classified information. Classified information can only be stored in an approved facility and container.

**Yung's U.S. Government Security Clearances**

d. In the course of YEN CHAM YUNG's employment with the FBI, he obtained a Top Secret clearance.

e. Throughout his career, as a prerequisite to his access to classified information, YEN CHAM YUNG signed numerous non-disclosure forms in which he acknowledged both the harm that could result from the unauthorized disclosure of classified information and the applicability of criminal sanctions, including Title 18, United States Code, Section 793, should YEN CHAM YUNG make unauthorized disclosures of such information.

f. On or about August 6, 2015, YUNG's security clearance was suspended.

g. On or about August 20, 2015, YUNG signed an FBI security form SF-312, acknowledging that YUNG no longer had a security clearance and therefore could not access or possess classified property of the United States Government. The form stated, "I have returned all classified information in my custody . . . ."

h. On or about March 4, 2016, YUNG's security clearance was revoked.

**Documents**

i. Document A was a "Memorandum of Understanding" between the FBI and CIA regarding the activities of those agencies overseas and domestically. Document A contained classified national defense information, up to and including SECRET information.

j. Document B was a one-page email dated November 21, 2008. Document B contained classified national defense information, up to and including SECRET information.

k. Document C was a four-page email thread dated between September 29, 2008, and October 2, 2008. Document C contained classified national defense information, up to and including SECRET information.

l. Document D was a PowerPoint presentation regarding the proliferation and intelligence activities of a foreign government. Document D contained classified national defense information, up to and including SECRET information.

m. Document E was a four-page spreadsheet regarding FBI counterterrorism investigations. Document E contained classified national defense information, up to and including SECRET information.

2. Beginning no later than in or about February 2010, and continuing to on or about September 5, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

YEN CHAM YUNG,

defendant herein, had unauthorized possession of and willfully retained a document, writing, and note relating to the national defense, namely Documents A through E,

In violation of Title 18, United States Code, Section 793(e).

## COUNT TWO

The SPECIAL APRIL 2024 GRAND JURY further charges:

Beginning no later than on or about August 27, 1996, and continuing to on or about September 5, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

YEN CHAM YUNG,

defendant herein, did retain, without authorization, property of the United States Government, namely, magnetic and electronic media and photograph equipment, valued in excess of $1,000, with intent to convert it to his own use, knowing it to have been embezzled, stolen, purloined, and converted,

In violation of Title 18, United States Code, Section 641.

A TRUE BILL:

_____
FOREPERSON

_____
Steven J. Dollear on behalf of the
UNITED STATES ATTORNEY