**IN THE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.     20 CR 231 |
| v. | ) | Judge Martha M. Pacold |
| | ) | |
| YEN CHAM YUNG | ) | |

### <u>MOTION TO AMEND PRETRIAL CONDITIONS</u>

Defendant, YEN CHAM YUNG, through his attorneys, Matthew J. McQuaid and Joshua Herman respectfully moves that this Court allow him a proposed remedy to the pretrial condition that requires him to surrender his firearms. In support of this motion, counsel states:

1. The Defendant has been charged with unauthorized possession of government property. The Defendant is currently released under pretrial conditions. The Defendant resides in Colorado Springs, Colorado. The Defendant has never had one problem complying with his pretrial conditions.

2. The Defendant, as ordered, removed his firearms from his residence and possession and transferred them to the control of a properly licensed person in Colorado. The firearms are all being temporarily held by Mr. Tom Kazan, who has a valid Federal Firearm License to sell and store firearms. He is in the process of moving and selling his house in the Flying Horse sub-development, located in Colorado Springs, CO. Defendant needs to find a new handler or storage location for the eight (8) firearms Mr. Kazan is currently storing/safekeeping for Defendant.

3. Defendant's only solution he has at this time is to request permission from the Court for the firearms to be stored in a gun safe at his house and turning the keys to the gun safe to US Pretrial Services for the only access. He has not violated any court requirements or stipulation in six (6) years. There is no evidence or indication that he intends to start now.

4. The Defendant has been allowed to travel outside of the state of Colorado on numerous occasions. There has never been a problem with any of those trips. The Defendant also has been given permission to move freely within the lower 48 states without requesting permission from the Court every time. The Defendant is aware of his obligations while on pretrial release. He is a retired FBI agent and has been in law enforcement for over 25 years.

5. The Defendant has maintained steady contact with his pretrial officers in Chicago and

Colorado Springs. Yen has consulted with his Pre-Trial Officer Tommie Anderson. The government does not agree to handling the surrender of the firearms in the manner proposed in this motion.

WHEREFORE, the Defendant respectfully requests this Court allow him to amend the method of compliance with pretrial conditions.

Respectfully submitted,

s/Matthew J. McQuaid
Attorney for Defendant
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 763-6289

CERTIFICATE OF SERVICE


I hereby certify that on November 29, 2025, I electronically filed this Motion to Amend Conditions of Release with the Clerk of the United States District Court for the Northern District using the CM/ECF system.

s/Matthew J. McQuaid
Attorney for Defendant
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 763-6289
