FILED
9/1/2026
JM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YEN CHAM YUNG | No. 20 CR 231<br><br>Violation: Title 18, United States Code, Section 641<br><br>**SUPERSEDING INFORMATION** |

1:20-cr-00231
Judge Thomas M. Durkin
Magistrate Judge Keri L. Holleb Hotaling
Cat 4/Direct

**COUNT ONE**

The UNITED STATES ATTORNEY charges:

Beginning no later than in or around June 2005, and continuing to at least in or around January 2010, at Chicago, Illinois, in the Northern District of Illinois, and elsewhere,

YEN CHAM YUNG,

defendant herein, did knowingly retain property of the United States Government, namely, a Rhino Camera Bag bearing serial number F1007974, a Nikon N90 AF Black 35mm SLR Camera Body bearing serial number 2092468, a Nikon AF Nikkor 73-300mm lens bearing serial number 382023, a Nikon AF Nikkor 28-85mm lens bearing serial number 3065312, and a Nikon World Time Data Back bearing serial number 204026, with intent to convert it to his own use, knowing the property had been embezzled, stolen, purloined, and converted;

In violation of Title 18, United States Code, Section 641.

**COUNT TWO**

The UNITED STATES ATTORNEY charges:

Beginning no later than in or around June 2005, and continuing to at least in or around January 2010, at Chicago, Illinois, in the Northern District of Illinois, and elsewhere,

YEN CHAM YUNG,

defendant herein, did knowingly retain property of the United States Government, namely, a BlackBerry 7520 cellphone bearing IMEI 010000424477190, with intent to convert it to his own use, knowing the property had been embezzled, stolen, purloined, and converted;

In violation of Title 18, United States Code, Section 641.

**COUNT THREE**

The UNITED STATES ATTORNEY charges:

On or about August 3, 2016, at Colorado Springs, in the District of Colorado, and elsewhere,

YEN CHAM YUNG,

defendant herein, did knowingly retain property of the United States Government, namely, a BlackBerry Bold 9930 cellphone bearing IMEI 355618056350978, with intent to convert it to his own use, knowing the property had been embezzled, stolen, purloined, and converted;

In violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATION

The UNITED STATES ATTORNEY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 641, as set forth in this Superseding Information, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds traceable to the offense, as provided in Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to the following specific property;

   a. Rhino Camera Bag bearing serial number F1007974;

   b. Nikon N90 AF Black 35mm SLR Camera Body bearing serial number 2092468;

   c. Nikon AF Nikkor 73-300mm lens bearing serial number 382023;

   d. Nikon AF Nikkor 28-85mm lens bearing serial number 3065312;

   e. Nikon World Time Data Back bearing serial number 204026f;

   f. BlackBerry 7520 cellphone bearing IMEI 010000424477190; and

   g. BlackBerry Bold 9930 cellphone bearing IMEI 355618056350978

3. If any of the property described above, as a result of any act or omission by the defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the

United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

/s/ *Andrew S. Boutros* *by CKV*
UNITED STATES ATTORNEY